# DENIED
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
1/23/13

*John F. Walter*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MINKLER, individually and on behalf of other similarly situated consumers, ) ) ) Plaintiffs, ) ) vs. ) ) KRAMER LABORATORIES, INC., a Florida Corporation; KRAMER CONSUMER HEALTHCARE, business form unknown, and DOES 1 through 10, inclusive ) ) ) ) Defendants. ) _____ ) | Case No. CV 12-9421-JFW (FFMx) **[PROPOSED] ORDER GRANTING STIPULATION RE: MOTION FOR CLASS CERTIFICATION** |

## ORDER

Having considered the Stipulation submitted by the Parties, and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1.  Plaintiff's deadline for filing the motion for class certification is continued, such that Plaintiff shall file a motion for class certification on or before February 25, 2013.

IT IS SO ORDERED.

DATED: _____, 2013

**DENIED**
BY ORDER OF THE COURT
_____
The Honorable John F. Walter
Judge of the U.S. District Court

1